**COPY**

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

OCT 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CATHERINE M. ORTGIES,                    )    NO. EDCV 06-01147 GW (SS)
                                         )
              Petitioner,                )
                                         )    **JUDGMENT**
      v.                                 )
                                         )
DEBORAH L. PATRICK, Warden,              )
                                         )
              Respondent.                )
_____)

      Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 19, 2008

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE